## (September 29, 1943.)

COUNTY OF NIAGARA, Respondent, v. CITY OF NORTH TONAWANDA et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.